IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TRACEY FREEMAN,** : | |
| Petitioner, : | |
| : | |
| v. : | Civ. No. 14-5139 |
| : | |
| **PENNSYLVANIA BOARD OF** : | |
| **PROBATION AND PAROLE, et al.** : | |
| Respondents. : | |
| : | |

# O R D E R

**AND NOW**, this 24th day of April, 2015, upon consideration of the Report and Recommendation of Magistrate Judge Lynne A. Sitarski (Doc. No. 17), to which no objections have been filed, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus is **DENIED** with prejudice;

3. There are no grounds to issue a certificate of appealability; and

4. The Clerk of Court shall **CLOSE** this case for statistical purposes.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.